**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATINA M. MANSFIELD** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 16-2003** |
| | : |
| **CAROLYN W. COLVIN** | : |

## ORDER

**AND NOW**, this 22nd day of September 2017, upon considering the Administrative Record (ECF Doc. No. 7), Plaintiff's Petition for Review (ECF Doc. No. 15), Defendant's Response (ECF Doc. No. 20), Plaintiff's Reply (ECF Doc. No. 23) and for reasons in the accompanying Memorandum, it is **ORDERED** the Petition for Review (ECF Doc. No. 15) is **DENIED** and the Complaint (ECF Doc. No. 3) is **DISMISSED**. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.